AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| VICTORIA CHARITY WHITE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00027 |
| ROBERT J. CONTEE III, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

VICTORIA CHARITY WHITE                                                    .

Date: 04/15/2022

/s/ Joseph D. McBride
*Attorney's signature*

Joseph D. McBride, Bar ID: NY0403
*Printed name and bar number*
99 Park Avenue, 6th Floor
New York, NY. 10016

*Address*

jmcbride@mcbridelawnyc.com
*E-mail address*

(917) 757-9537
*Telephone number*

*FAX number*