IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE<br>3558 7th Street NW<br>Rochester, Minnesota 55901<br><br>     Plaintiff,<br><br> v.<br><br>ROBERT J. CONTEE III<br>Chief of the Metropolitan Police Department<br>441 4th Street, NW, 7th Floor<br>Washington, DC 20001<br><br>   and<br><br>OFFICER JOHN DOE 1 (a/k/a "Officer Whiteshirt")<br>Metropolitan Police Department<br>441 4th Street, NW, 7th Floor<br>Washington, DC 20001<br><br>   and<br><br>OFFICERS JOHN DOES 2-7<br>Metropolitan Police Department<br>441 4th Street, NW, 7th Floor<br>Washington, DC 20001<br><br>   and<br><br>DISTRICT OF COLUMBIA<br>*A Municipal Corporation*<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br><br>  <u>Serve</u> for all Defendants:<br>  Karl A. Racine, Esq.<br>  Attorney General of the District of Columbia<br>  400 6th Street, NW, Washington, DC 20001<br>  Phone: (202) 727-3400<br><br>     Defendants. | C.A.  No. 22-cv-00027 (TCN) |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE WHY DEFENDANTS' SUMMONSES HAVE NOT BEEN ISSUED**

Plaintiff, through her undersigned counsel, hereby responds to the Court's Minute Order dated April 29, 2022, to Show Cause by May 6, 2022 **"why this action should not be dismissed for failure to prosecute"** for failure to effectuate service on the defendants.

1. Plaintiff filed her action on January 5, 2022, against Defendants Robert J. Contee III, seven John Doe D.C. Police Officers, and the District of Columbia for injuries she sustained by being brutally and continuously beaten over the head by a metal police baton and punched in the face by Officer John Doe 1 and others on January 6, 2021, after she was involuntarily pushed into the West Tunnel entrance of the Capitol Building surrounded by some 30-40 officers packed in the tunnel and not allowed to exit. (See ECF No. 1, pp.6-9)

2. The principal tortfeasor was Office John Doe 1, whose identity Plaintiff's attorney Joseph McBride has been attempting to determine, in order to add him as a named Defendant, and then serve the Summons and Complaint in this action. After reviewing the video of the beating and further investigation, on information and belief, that Officer is either Officer Jason Bagshaw or Commander Ramey Kyle.

3. On May 2, 2022, Mr. McBride entered his appearance in this case after the lead attorney Jonathan Moseley was compelled to withdraw his appearance. (See ECF No. 4)

4. On May 5, 2022, Mr. McBride requested the Clerk to issue Summons to two of the identified Defendants, Chief of Police Robert J. Contee, III, and the District of Columbia. (See ECF No. 5)

5. The clerk signed those summonses on May 5, 2022. (See ECF No. 6)  The service of said summonses will be attempted on Monday, May 9, 2022.

6. The DC Metropolitan Police Department has never responded to previous requests made by Plaintiff's Counsel to voluntarily identify Defendant John Doe 1, who was wearing a white shirt usually worn by a Lieutenant of another Officer in Charge, as well as John Does 2-7 who also assaulted Plaintiff.

7. On May 5, 2022, Plaintiff's Counsel sent an email requesting that Washington DC Attorney General Racine provide information regarding the identities of the tortfeasors in this case.

8. If the information we seek is not turned over voluntarily, Plaintiff will file a discovery request compelling the identity of those officers.

9. Plaintiff's Counsel also filed a Related Case Form (See ECF No. 7) on May 6, 2021, marking this case related to criminal case number 1:21-cr-00563-JDB-1, where she is a criminal defendant in front of the Honorable John D. Bates.

10. Fed. R. Civ Proc. 4(m) provides in pertinent part that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service is made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

11. Plaintiff's counsel regrets that service has not yet been effectuated and respectfully submits that Mr. Moseley's withdrawal and corresponding delays were unforeseeable circumstances that have since been cured.

12. Plaintiff's counsel respectfully points to the fact that several steps have been taken to advance Plaintiff's case in the few days since attorneys Joseph D. McBride and Paul D. Kamenar filed their notices of appearance.

13. For instance, while obtaining the identity of the main tortfeasor has proven itself difficult, there is now a plan in place to file discovery demands if his identity is not soon turned over. Summonses have been requested and signed by the clerk; as such, defendants will be served at the soonest possible time. And as mentioned above, Plaintiff's counsel also filed a related case notice on May 6, 2021 (See ECF No. 7).

14. In this case, plaintiff's counsel apologizes for the delays and submits that the abovementioned causes for delays, coupled with the remedial measures that have been taken to cure said delays are sufficient grounds for showing good cause.

WHEREFORE, Plaintiff requests that for good cause shown, this Court extend the time for service for 30 additional days until June 5, 2022, to determine the identity of and serve Officer John Doe #1 and other Officers John Does 2-7.

Dated: New York, NY
May 6, 2022

Respectfully submitted,

*/s/ Joseph D. McBride, Esq.*
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for Petitioner*

Paul D. Kamenar, Esq.
DC Bar 914200
1629 K Street, N.W., Suite 300
Washington, D.C. 20006

**CERTIFICATE OF SERVICE**

I hereby certify that I served the known parties the foregoing Response by ECF and first-class mail on this day, May 6, 2022.