UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE,<br><br> *Plaintiff*,<br><br> v.<br><br>ROBERT J. CONTEE III, *et. al.,*<br><br> *Defendants*. | Civil Action No. 1:22-cv-00027-TSC |

**DEFENDANTS DISTRICT OF COLUMBIA AND ROBERT J. CONTEE'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

 Defendants District of Columbia (the District) and Robert J. Contee III respectfully move under Fed. R. Civ. P. 6(b)(1) for a 30-day extension of time—up to and including July 6, 2022—to answer or otherwise respond to Plaintiff's Complaint. Defendants need additional time to fully investigate and evaluate the claims to prepare an adequate responsive pleading.

 A memorandum of points and authorities and a proposed order are attached for the Court's consideration.

Date:  June 6, 2022,       Respectfully submitted,

               KARL A. RACINE
               Attorney General for the District of Columbia

               CHAD COPELAND
               Deputy Attorney General
               Civil Litigation Division

               */s/ Alicia M. Cullen*
               ALICIA M. CULLEN [1015227]
               Chief, Civil Litigation Division, Section III

/s/ Robert A. DeBerardinis, Jr.
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
JAMES A. WILEY[1]
Assistant Attorney General
Civil Litigation Division
400 6th Street NW
Washington, D.C. 20001
Phone:  202-724-6642; 202-724-6511
Fax:  202-741-8895
Email:  robert.deberardinis@dc.gov;
jim.wiley@dc.gov

*Counsel for Defendants District of Columbia and Robert J. Contee III*

---

[1]   Admitted to practice only in the State of California.  Practicing in the District of Columbia under the direct supervision of Alicia Cullen, a member of the D.C. Bar, pursuant to D.C. Court of Appeals Rule 49(c)(4).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE,<br><br>    *Plaintiff*,<br><br>    v.<br><br>ROBERT J. CONTEE III, *et. al.,*<br><br>    *Defendants*. | Civil Action No. 1:22-cv-00027-TSC |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DISTRICT OF COLUMBIA AND ROBERT J. CONTEE'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND PLAINTIFF'S COMPLAINT**

Defendants District of Columbia (the District) and Robert J. Contee III respectfully request that the Court extend their deadline to respond to Plaintiff's Complaint up to and including July 6, 2022.

Plaintiff Victoria Charity White brings this lawsuit against Metropolitan Police Department Chief Robert J. Contee III, John Doe Officers 1-7, and the District from an alleged incident that occurred on January 6, 2021.  Plaintiff brings claims for violation of her Fourth, Fifth, Fourteenth Amendment and due process rights (Count I); excessive force under 42 U.S.C. § 1983 (Count II); retaliation in violation of the Fifth Amendment (Count III); violation of the Fifth Amendment (Count IV); deliberate indifference (Count V); battery (Count VI); excessive force (Count VII); assault (Count VIII); false imprisonment (Count IV); false arrest (Count X); intentional infliction of emotional distress (Count XI); and negligent infliction of emotional distress (Count XII).  The District was served with Plaintiff's Complaint on May 16, 2022.  Plaintiff claims that she served Defendant Contee on the same date.  The District and Robert J. Contee's current response deadline is June 6, 2022.

1

Given the length of Plaintiff's complaint and the various causes of actions, Defendants need additional time to investigate and evaluate the causes of action to prepare a comprehensive responsive pleading.  Fed. R. Civ. P. 6(b)(1) provides that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time. . ."  Good cause exists for this request, no party will suffer prejudice as the other named Defendants have not been served, and Plaintiff consents to the relief requested herein.

For these reasons, the District and Robert J. Contee request that the Court grant their motion.

Date:  June 6, 2022,	Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Alicia M. Cullen
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

/s/ Robert A. DeBerardinis, Jr.
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
JAMES A. WILEY[2]
Assistant Attorney General
Civil Litigation Division
400 6th Street NW
Washington, D.C. 20001
Phone:  202-724-6642; 202-724-6511
Fax:  202-741-8895
Email:  robert.deberardinis@dc.gov;
jim.wiley@dc.gov

---

[2]  Admitted to practice only in the State of California.  Practicing in the District of Columbia under the direct supervision of Alicia Cullen, a member of the D.C. Bar, pursuant to D.C. Court of Appeals Rule 49(c)(4).

3

*Counsel for Defendants District of Columbia and Robert J. Contee III*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT J. CONTEE III, *et. al.,*<br><br>*Defendants*. | Civil Action No. 1:22-cv-00027-TSC |

## ORDER

Upon consideration of Defendants District of Columbia and Robert J. Contee's Consent Motion to Extend the Deadline to Respond to Plaintiff's Complaint, and the entire record herein, it is hereby

**ORDERED** that Defendants District of Columbia and Robert J. Contee's Motion is **GRANTED**; and it is further

**ORDERED** that Defendants District of Columbia and Robert J. Contee shall answer or otherwise respond to Plaintiff's Complaint on or before July 6, 2022.

**SO ORDERED.**

_____
TANYA S. CHUTKAN
United States District Judge