UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTORIA CHARITY WHITE,

    *Plaintiff*,

    v.

ROBERT J. CONTEE III, *et al.,*

    *Defendants*.

Civil Action No. 1:22-cv-00027-TSC

**DEFENDANTS DISTRICT OF COLUMBIA AND ROBERT J. CONTEE'S MOTION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT OR, ALTERNATIVELY, MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants District of Columbia (the District) and Chief of the Metropolitan Police Department (MPD) Robert J. Contee (Chief Contee) move for dismissal of Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(5) and 12(b)(6), and alternatively move under Fed. R. Civ. P. 56(a) for partial summary judgment. Plaintiff has not properly served Chief Contee with process and, even if she had, her claims against the Chief are improperly based solely on *respondeat superior* liability. Further, Plaintiff's 42 U.S.C. § 1983 claims under the Fifth, Eighth, and Fourteenth Amendment, as well as claims brought under 42 U.S.C. § 1981, are improperly pled, and her First and Fourth Amendment claims against the District fail to state a claim of municipal liability. As a result, the Court should dismiss all claims against Chief Contee and all constitutional claims against the District. Nor has Plaintiff served the District with timely notice of her common law claims under D.C. Code § 12-309, and so the District is entitled to summary judgment as to all of Plaintiff's common law claims.

A memorandum of points and authorities and a proposed order are attached for the Court's consideration

Date:  July 6, 2022,                               Respectfully submitted,

                                                          KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Alicia M. Cullen/cc
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

/s/ Robert A. DeBerardinis, Jr.
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
JAMES A. WILEY[1]
Assistant Attorney General
Civil Litigation Division
400 6th Street NW
Washington, D.C. 20001
Phone:  202-724-6642; 202-724-6511
Fax:  202-741-8895
Email:  robert.deberardinis@dc.gov;
jim.wiley@dc.gov

*Counsel for Defendants District of Columbia and Robert J. Contee III*

---

[1] Admitted to practice only in the State of California.  Practicing in the District of Columbia under the direct supervision of Alicia Cullen, a member of the D.C. Bar, under D.C. Court of Appeals Rule 49(c)(4).