UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE,<br><br>   *Plaintiff*,<br><br>v.<br><br>ROBERT J. CONTEE III, *et al.,*<br><br>   *Defendants*. | Civil Action No. 1:22-cv-00027-TSC |

### DEFENDANT DISTRICT OF COLUMBIA'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant District of Columbia (the District), through counsel, submits the following statement of material facts in support of its Motion for Partial Summary Judgment.

1. The D.C. Office of Risk Management has not received a notice from Victoria White related to the incident that is the subject of the Complaint filed in the above-captioned case. Declaration of Lana Craven at ¶ 5, attached as Exhibit B.

Date:  July 6, 2022,              Respectfully submitted,

                                                        KARL A. RACINE
                                                        Attorney General for the District of Columbia

                                                        CHAD COPELAND
                                                        Deputy Attorney General
                                                        Civil Litigation Division

                                                        */s/ Alicia M. Cullen/cc*
                                                        ALICIA M. CULLEN [1015227]
                                                        Chief, Civil Litigation Division, Section III

                                                        */s/ James A. Wiley*
                                                        ROBERT A. DEBERARDINIS, JR. [335976]
                                                        Senior Assistant Attorney General

JAMES A. WILEY[1]
Assistant Attorney General
Civil Litigation Division
400 6th Street NW
Washington, D.C. 20001
Phone:  202-724-6642; 202-724-6511
Fax:  202-741-8895
Email:  robert.deberardinis@dc.gov;
jim.wiley@dc.gov

*Counsel for Defendants District of Columbia and Robert J. Contee III*

---

[1]      Admitted to practice only in the State of California.  Practicing in the District of Columbia under the direct supervision of Alicia Cullen, a member of the D.C. Bar, under D.C. Court of Appeals Rule 49(c)(4).