UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT J. CONTEE III, *et al.,*<br><br>*Defendants*. | Civil Action No. 1:22-cv-00027-TSC |

# **<u>EXHIBIT A</u>**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VICTORIA CHARITY WHITE, *Plaintiff*, v. ROBERT J. CONTEE III, *et al.*, *Defendants*. | Civil Action No. 1:22-cv-00027-TSC |

**DECLARATION OF TERESA QUON HYDEN**

I, Teresa Quon Hyden, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am over the age of 18 and competent to render testimony contained herein based upon information and belief, personal knowledge, and information provided to me through my employment with the Metropolitan Police Department (MPD).

2. I am an Assistant General Counsel for MPD. The Office of the General Counsel and the Executive Office of the Chief of Police is located at 441 Fourth Street NW, Washington, D.C. 20001

3. Monica Campbell is a Mail Assistant at MPD and works in the Mail Room.

4. On May 16, 2022, Monica Campbell signed for a package containing a copy of the summons and complaint for the above captioned case.

5. Ms. Campbell is not authorized to accept service on behalf of Chief of Police, Robert J. Contee III.

Date: July 6, 2022

_____
Teresa Quon Hyden
Assistant General Counsel
Metropolitan Police Department