UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT J. CONTEE III, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:22-cv-00027-TSC |

# **EXHIBIT B**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE,<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT J. CONTEE III, *et. al.,*<br><br>*Defendants*. | Civil Action No. 1:22-cv-00027-TSC |

## **DECLARATION OF LANA CRAVEN**

I, LANA CRAVEN, state that the following:

1. I am the Program Analyst for the District of Columbia Office of Risk Management (ORM), Tort Liability Division.

2. ORM receives, processes, and investigates potential claims against the District of Columbia.

3. Receipt of written notice of claims against the District of Columbia is forwarded directly to ORM for processing. When ORM receives notices of claims, either directly or from the Mayor's Office, it records the receipt of the notices of claims in its claims management system, called the "Risk Management System."

4. ORM commenced receiving potential claims on January 15, 2004. Claims previously handled by the Claims Unit for the Office of the Attorney General still under investigation as of January 15, 2004, were also transferred to ORM, and recorded in ORM's Risk Management System.

5. I have conducted a diligent search of the records placed in ORM's Risk Management System. The result of this search has revealed that as of May 18, 2022, ORM did

not receive a notice of claim from or on behalf of Victoria Charity White about any claimed losses.

I declare under penalty of perjury, under 28 U.S.C. § 1746 and Super. Ct. Civ. R. 9-I, that to the best of my knowledge, information and belief, the foregoing is true and correct.


Date:   7/5/2022                              Signature: *Lana Craven*


Lana Craven
Program Analyst
Office of Risk Management
(202)727-9413

003