UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE,<br><br>   *Plaintiff*,<br><br>   v.<br><br>ROBERT J. CONTEE III, *et al.*,<br><br>   *Defendants*. | Civil Action No. 1:22-cv-00027-TSC |

**ORDER**

Upon consideration of Defendants the District of Columbia (the District) and Robert J. Contee's Partial Motion to Dismiss Plaintiff's Complaint, any opposition and reply thereto, and the entire record, it is hereby

**ORDERED** that the District Defendants' Motion is **GRANTED**; and it is further

**ORDERED** all claims against the Robert J. Contee are dismissed with prejudice; and it is further

**ORDERED** that Plaintiff's claims against the District of Columbia for violation of Fourth, Fifth, Fourteenth Amendment and due process rights (Count I); excessive force in violation of Fourth Amendment (Count II), retaliation in violation of the Fifth Amendment (Count III), violation of Fifth Amendment (Count IV), deliberately indifferent policies, practices, customs, training, and supervision in violation of the Fourteenth, and First Amendments and in Violation of 42 U.S.C. § 1981 (Count V) are dismissed with prejudice; and it is further

**ORDERED** that the District is granted summary judgment as to Plaintiff's common law claims for Battery (Count VI), Excessive Force (Count VII), Assault (Count VIII), False Imprisonment (Count IX), False Arrest (Count X), Intentional Infliction of Emotional Distress

(IIED) (Count XI), and Negligent Infliction of Emotional Distress (NEID) (Count XII)

**SO ORDERED.**

                                                               _____
                                                               TANYA S. CHUTKAN
                                                               United States District Judge