# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE,<br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERT J. CONTEE III, *et al.*,<br><br>　　　　　　　　　　Defendants. | C.A. No. 22-cv-00027 (TSC) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's Motion for a Court order under Fed. R. Civ. P. 41(a)(2) to dismiss her Complaint without prejudice, and for good cause shown, it is hereby

**ORDERED** that the Plaintiff's Complaint is dismissed without prejudice.

.**SO ORDERED.**


Dated July____, 2022
:
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge