IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CHARITY WHITE,<br>        Plaintiff,<br><br>  v.<br><br>ROBERT J. CONTEE III, *et al.*,<br><br>        Defendants. | C.A. No. 22-cv-00027 (TSC) |

**PLAINTIFF'S CONSENT MOTION TO EXTEND TIME FOR SEVEN DAYS TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS HER COMPLAINT WITHOUT PREJUDICE**

Plaintiff moves this Court for an order to extend the time to file a reply to Defendants' Opposition to Plaintiff's Motion to Dismiss her complaint without prejudice, which was filed on August 1, 2022. (ECF No. 17). Plaintiff's response is currently due on August 8, 2022. Because Plaintiff's counsel is on vacation through the coming weekend, counsel requests an extension of seven days to August 15, 2022 within which to file her reply. Counsel for Defendants Chief Contee and the District of Columbia have consented to this Motion.

               Respectfully submitted,

               */s/ Paul D. Kamenar*
               Paul D. Kamenar, D.C. Bar #914200
               1629 K Street, N.W., Suite 300
               Washington, DC 20006
               (301) 257-9435
               Paul.kamenar@gmail.com

               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2022, I caused the foregoing document and Proposed Order to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

Respectfully submitted,

*/s/ Paul D. Kamenar*