# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

VICTORIA CHARITY WHITE,
                    Plaintiff,

v.

ROBERT J. CONTEE III, *et al.*,

                    Defendants.

C.A. No. 22-cv-00027 (TSC)

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion to Extend Time To File s Reply to Defendant's Opposition to her Motion to Dismiss Complaint without prejudice, and for good cause shown,

**ORDERED** that the Plaintiff's Consent Motion To Extend Time to Respond to August 15, 2022, is granted.

.**SO ORDERED.**


Dated August ____, 2022
:
                                          _____
                                          THE HONORABLE TANYA S. CHUTKAN
                                          United States District Court Judge