UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTORIA CHARITY WHITE**,<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT J. CONTEE, III**, *Chief of the Metropolitan Police Department*, *et al.*,<br><br>Defendants. | Civil Action No. 22-cv-0027 (TSC) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 20, Plaintiff's Motion to Dismiss, ECF No. 15, is hereby GRANTED, and Defendants' Motion to Dismiss, ECF No. 14, is hereby DENIED as moot. This action is hereby DISMISSED without prejudice.

Date: November 1, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge